IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02550-RPM

CBEYOND COMMUNICATIONS,

    Plaintiff,
v.

QWEST COMMUNICATIONS CORPORATION and
QWEST COMMUNICATIONS COMPANY, LLC,

    Defendants.

_____

ORDER EXTENDING DEADLINE
_____

    Upon review of Plaintiff's Motion for Leave to Amend Complaint [14] filed on February 1, 2011, it is

    ORDERED that the motion is granted and the First Amended Complaint attached thereto is accepted for filing.

    DATED:   February 2nd, 2011

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge