IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-CV-02550-RPM-KLM

**CBEYOND COMMUNICATIONS, LLC,**

Plaintiff,

v.

**QWEST COMMUNICATIONS CORPORATION**, and

Defendants.

## ORDER OF DISMISSAL

Pursuant to the Parties' Stipulated Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby ORDERS that this action is dismissed with prejudice with each party being responsible for its own costs and attorney fees

DATED this 18th day of July, 2011.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior Judge
United States District Court, Colorado

5164462_1.DOC